IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C. CHARLES CAMMARATA, | ) |
| Plaintiff, | ) |
| | ) 2:01cv2045 |
| vs. | ) **Electronic Filing** |
| PORT AUTHORITY OF ALLEGHENY COUNTY, | ) |
| Defendant. | ) |

### VERDICT SLIP

#### QUESTION NO. 1

Do you find that unlawful discrimination based upon age was a determinative factor in the Port Authority's decision not to hire C. Charles Cammarata for the Civil Engineer position in or about September 28, 1998?

Yes _____     No __X__



If you answered "Yes" to Question No. 1, please answer Question No. 2. If you answered "No" to Question No. 1, answer no further questions, sign the verdict slip, and return to the court room.

**QUESTION NO. 2**

What are the damages, if any, sustained by Mr. Cammarata as a result of the unlawful conduct of the Port Authority?

        Back Pay                _____

        Front Pay                 _____

        Compensatory Damages*     _____

        (* Includes humiliation
           and mental anguish)

Please answer Question No. 3.

**QUESTION NO. 3**

Do you find that the Port Authority acted willfully in violating the Age Discrimination in Employment Act?

**Yes** _____   **No** _____

If you answered "Yes" to Question No. 3, please complete Question No. 4. If you answered "No" to Question No. 3, please write in the total amount of damages below, sign the verdict slip, and return to the court room.

QUESTION NO. 4

Please enter the same amount set forth above as "Back Pay" as liquidated damages.

        Liquidated Damages      _____

Please enter below the total the amount of damages to be awarded to Mr. Cammarata including back pay, front pay, compensatory damages and liquidated damages

        **Total Damages**      _____

Date  2-5-2008

_____
**Jury Foreperson**