AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |

C. CHARLES CAMMARATA

V.

PORT AUTHORITY
OF ALLEGHENY COUNTY

**JUDGMENT IN A CIVIL CASE**

Case Number:   CA 01-2045

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.

IT IS ORDERED AND ADJUDGED
In accordance with the jury verdict returned on February 5, 2008, judgment is hereby entered in favor of the defendant Port Authority of Allegheny County and against plaintiff C. Charles Cammarata.

APPROVED.

*/s/ Cercone*

David Stewart Cercone
United States District Judge

February 6, 2008
Date

Robert V. Barth, Jr.
Clerk

*Nancy Trapani*
(By) Deputy Clerk